IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **OSIEL RODRIGUEZ,** | ) | Civil Action No. 7:15cv00082 |
| Petitioner, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | By: Norman K. Moon |
| **CHRISTOPHER ZYCH,** | ) | United States District Judge |
| Respondent. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Rodriguez's motion (Docket No. 10) is **DENIED**, respondent's motion for summary judgment (Docket No. 6) is **GRANTED**, and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 11th day of February, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE